

NUMBER 13-17-00276-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ROBERTO MORALES GARZA,                                    Appellant,

v.

BRYAN ROBINSON,                                            Appellee.

On Appeal from the 445th District Court
of Cameron County, Texas.

# ORDER

**Before Chief Justice Valdez and Justices Benavides and Longoria
Order Per Curiam**

This appeal was abated by this Court on June 30, 2017, due to the bankruptcy of

one of the parties to this appeal.   *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8.

Since the abatement there has been no activity in this appeal.

The Court hereby orders the parties to file, within fourteen days of the date of this order, an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal.

Failure to respond to this order will result in reinstatement and dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

It is so ORDERED.

PER CURIAM

Delivered and filed
the 5th day of June, 2018.